UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD, | ) | No. CV 07-06331-RGK (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| ALMAGER, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: September 30, 2008

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE